# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jahmir Christopher Frank,

    Plaintiff,

        v.                                     Case No.   1:18cv618

The Good Samaritan Hospital
Of Cincinnati,                               Judge Michael R. Barrett

    Defendant.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's Motion for Summary Judgment (Doc. 88) is **GRANTED.**

Date: September 7, 2021                       Richard W. Nagel, Clerk
                                                      Clerk

                                     By:       *S/Barbara A. Crum*
                                                     Deputy Clerk